# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DE'AUNDREY B. CLAYTON

NO. 2026 KW 0159

**JUNE 22, 2026**

---

In Re:    De'Aundrey B. Clayton, applying for rehearing, 22nd Judicial District Court, Parish of Washington, No. 24-CR7-153927.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**REQUEST FOR REHEARING NOT CONSIDERED.** An application for rehearing shall be filed with the clerk on or before fourteen days after the rendition of the judgment. Furthermore, an application for rehearing will not be considered since this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1, 2-18.2(1) & 2-18.7.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT